

PLAINTIFF'S
EXHIBIT
4
Romans

## SERVICE AGREEMENT

THIS SERVICE AGREEMENT (this "Agreement") is entered into by and between Revelex Corporation, a Florida corporation having a principal place of business at 6405 Congress Avenue, Suite 120, Boca Raton, Florida 33487 ("Revelex"), and Pier 1 Cruise Experts, a Brazilian Corporation having a principal place of business at Rua Tabapua, 111-8 andar 04533-010 Sao Paulo SP Brazil ("Customer"), and is effective as of the 6th day of August, 2013 (the "Effective Date").

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties, intending to be legally bound hereby, agree as follows:

### 1. BACKGROUND

Revelex has entered and will enter into interface agreements with various global distribution systems (each a "GDS") and central reservation systems pursuant to which Revelex has been authorized to access and use online distribution databases and reservation functions. Revelex has developed and implemented an Internet website that allows users to book travel using the products and services set forth on *Exhibit A*, including without limitation a proprietary online booking engine (collectively, the "Services"). Customer is a travel agency approved by ARC and/or IATA/CLIA. Customer desires to license use of the Services marked on *Exhibit A* (collectively, the "Licensed Services") from Revelex, and Revelex desires to license use of the Licensed Services to Customer, pursuant to the terms of this Agreement.

### 2. LICENSE GRANT

2.1    Revelex hereby grants Customer, upon the terms and conditions contained herein, a non-transferable, non-exclusive license for the number of authorized licensed users identified on *Exhibit A* (collectively, "Licensed Users") to use the Licensed Services for the sole purpose of allowing Customer to (a) make confirmed travel reservations including air, hotel, cruise, tour, excursion, insurance, ground, sail and car rental reservations, as applicable, and/or (b) create and save an unlimited number of client travel itineraries, utilizing private, password secured access to the Licensed Services during the Term (as defined in Section 15 below) for its own internal business purposes in accordance with Revelex's then current documentation. The number of Licensed Users may be increased or decreased from time to time with prior written notice to Revelex by Customer, but (i) subject at all times to any minimum requirements set forth in *Exhibit A*; and, in any event, (ii) the number of Licensed Users may not be decreased in any twelve (12) month period during the Term by more than ten percent (10%) of the then current license levels. If the number of Licensed Users changes, Revelex will adjust the number of identifiers and passwords issued to Customer and the License Fee (as defined in Section 4.1 below) accordingly. During the Term, Customer warrants and represents that Revelex shall be Customer's sole provider of the booking services made available through the License Services, but Customer may use other booking engines (*e.g.*, for booking corporate travel) for services other than those provided in the Licensed Services.

2.2    By execution of this Agreement, Customer hereby endorses the Licensed Services and agrees to use its best efforts to market and otherwise promote the Licensed Services to the Licensed Users. Customer agrees that it will use the Licensed Services only for the purposes set forth in Section 2.1.

2.3    Revelex reserves the right to display the Revelex® brand on any and all of the Licensed Services.

2.4    Revelex may, in its sole discretion, suspend Customer's access to the Licensed Services for any of the following reasons (i) to prevent damages to, or degradation of, the Licensed Services; (ii) to comply with any law, regulation, court order, or other governmental request; (iii) to otherwise protect Revelex from potential legal liability; or (iv) in the event an invoice remains unpaid for more than forty-five (45) or more days from the invoice date. Revelex shall use reasonable efforts to provide Customer with notice prior to or promptly following any suspension of the Licensed Services. Revelex will restore access to the Licensed Services as soon as the event giving rise to suspension has been resolved.

2.5    To the extent expressly identified in Exhibit E, Customer may permit certain third party Licensed Users to use the Licensed Services. Prior to granting such third party Licensed Users access to the Licensed Services, Customer shall ensure each such third party Licensed User has been presented with and is bound by the End User Agreement attached as Exhibit D. Customer shall indemnify, defend, and hold Revelex harmless from and against any claim, demand, action, proceeding, judgment, or liability from a third-party claim arising out of Customer's breach of the preceding sentence.

### 3. LIMITATIONS ON LICENSE GRANT

Customer shall not and shall not permit any third party to (i) duplicate, modify, decompile or reverse engineer any of the Licensed Services for any reason; and (ii) resell the Licensed Services to any unrelated third party. To the extent Customer desires to resell the Licensed Services to third parties, Customer must enter into Revelex's then current Reseller Agreement. Except for the limited license granted in Section 2.1, Revelex reserves all rights in and to the Licensed Services. This is a license, not a sale.

### 4. LICENSE FEE

4.1    Customer shall pay Revelex the license fee(s) set forth on *Exhibit A* ("License Fee") and shall authorize payment via credit card by completing *Exhibit B*, except that all initial fees payable in advance must be paid by wire transfer or check accompanying the transmittal of the executed Agreement to Revelex. Such funds will be retained by Revelex in a non-interest bearing security deposit and will be applied to the final three months of Customer's use of the Licensed Services, any outstanding License Fee(s) and late interest.

4.2    Customer shall be liable for payment of any fees related to use of a GDS charged to Revelex by a GDS.

4.3    Any payment not made by its respective due date shall be subject to a late charge of one and one-half percent (1.5%) per month or the maximum rate allowed by law, whichever is less. In the event an invoice remains unpaid forty-five (45) or more days from the invoice date, Revelex may, in its discretion, terminate this Agreement. Customer agrees to pay all court costs, fees, expenses and reasonable attorneys' fees incurred by Revelex in collecting delinquent fees.

4.4    Customer shall be responsible for and shall pay or reimburse Revelex for any sales, use, import, excise, value added or other taxes or levies associated with this Agreement and the

#4

1

REV006025

Licensed Services, excluding any taxes based on the net income of Revelex.

4.5  Customer shall pay Revelex the fee(s) set forth on *Exhibit A*, and any statement of work (collectively, "Fees") as and when due and payable as provided therein. All other non-monthly fees such as customization or additional product purchases are due and payable in advance prior to the work commencing.

## 5. PROFESSIONAL SERVICES; OWNERSHIP

5.1  From time-to-time, Customer and Revelex may enter into written Statement(s) of Work, in the form attached as Exhibit C, for the performance of certain professional services by Revelex. All such services shall be deemed part of and included in the definition of Licensed Services hereunder. No Statement of Work will be binding unless and until signed by both parties. The Statement of Work will describe the services to be performed, schedule, fees, and any other relevant terms. Each party shall use reasonable efforts to accomplish the tasks assigned to it in the Statement(s) of Work, and to cooperate with and support the other party's performance of the tasks assigned to it, on a timely basis and in a professional manner, subject to receipt of all necessary and appropriate cooperation and support from the other party. Revelex shall be responsible for delivering and performing only those services specifically identified in Section 2 of this Agreement and the Statement(s) of Work in Exhibit C.

5.2  Customer shall have ten (10) business days after Revelex notifies Customer in writing that a service or deliverable under a Statement of Work has been completed and is ready for testing to confirm the services and deliverable substantially conform to the specifications set forth in the applicable Statement of Work. Revelex's performance under the applicable Statement of Work and the associated services and deliverables shall be deemed accepted by Customer, unless Customer provides written notice to Revelex before the end of the ten (10) business day evaluation period that the services and/or deliverables do not substantially conform to the specifications in the Statement of Work. Such notice shall describe with particularity the nature of the nonconformance. If Customer gives timely notice that Revelex's performance is nonconforming, Revelex shall make and submit to Customer changes that may reasonably be required to correct the deficiencies described in the notice. Customer shall have ten (10) business days from receipt of the corrected services and/or deliverables to confirm they substantially conform to the specifications set forth in the applicable Statement of Work. The corrected services and/or deliverables shall be deemed accepted by Customer, unless it provides written notice to Revelex before the end of the ten (10) day reevaluation period that the services and/or deliverables still do not conform to the specifications. In the event the corrected services and/or deliverables are still nonconforming, the foregoing process shall continue in ten (10) business day intervals until they are accepted, withdrawn by Customer, or the Agreement is terminated. Customer shall not unreasonably withhold or delay acceptance. Revelex shall not be responsible for non-conformances caused by Customer, third parties, or force majeure as discussed in Section 16.8.

5.3  Customer shall submit all change requests concerning the services to be rendered under a Statement of Work to Revelex in writing. On receiving each change request, Revelex will evaluate the request and respond with its assessment of the impact the proposed changes will have on the fee for the original services, delivery dates, milestones, or warranty provisions of this Agreement. If the response is acceptable to Customer, Revelex and Customer shall amend the applicable Statement of Work to reflect the change request. Such amended Statement of Work shall be effective upon execution by both parties.

5.4  Customer acknowledges and agrees that Revelex owns all right, title, and interest in and to the Licensed Services, including any changes or modifications made to the Licensed Services or services performed under a Statement of Work, together with all ideas, architecture, algorithms, models, processes, techniques, user interfaces, database design and architecture, and "know-how" embodying the Licensed Services. For the avoidance of doubt, this is not a work made-for-hire Agreement, as that term is defined in Section 101 of Title 17 of the United States Code. Unless expressly agreed otherwise in a Statement of Work, to the extent Revelex develops any customizations or modifications to the Licensed Services on Customer's behalf, Revelex shall be the sole and exclusive owner of all right, title, and interest, including all applicable intellectual property rights, in and to such customizations and modifications. To the extent Revelex makes Updates generally available to its other similar customers without additional charge, Revelex shall make such Updates available to Customer.

5.5  Customer may provide suggestions, comments or other feedback (collectively, "Feedback") to Revelex with respect to its products and services, including the Licensed Services. Feedback is voluntary and Revelex is not required to hold it in confidence. Revelex may use Feedback for any purpose without obligation of any kind. To the extent a license is required under Customer's intellectual property rights to make use of the Feedback, Customer hereby grants Revelex an irrevocable, non-exclusive, perpetual, royalty-free license to use the Feedback in connection with Revelex's business, including the enhancement of the Licensed Services.

5.6  Customer shall own all right, title and interest in and to the data contained in the electronic files created by Customer with the Licensed Services (collectively, the "Customer Data"). Customer shall be responsible for the integrity of all such data and shall be responsible for verification of its accuracy. Customer hereby grants Revelex a non-exclusive license to use the Customer Data in connection with its performance of this Agreement and in providing the Licensed Services. Customer represents and warrants that it has obtained all rights and permissions necessary to grant the license provided above to the Customer Data.

5.7  Customer shall not use any information or data disclosed by Revelex to Customer in connection with this Agreement to contest the validity of any Revelex intellectual property. Any such use of Revelex's information and data shall constitute a material, non-curable breach of this Agreement.

## 6. ACCESS TO SYSTEM

The license granted in Section 5.6 includes the right for Revelex, upon reasonable notice to Customer, to access Customer data, for the purpose of verifying database integrity and supporting the Licensed Services (including installing Updates as defined in Section 7 below). Notwithstanding the foregoing, Revelex shall have the right to compile, sell, license, exploit, and distribute statistical analyses and demographic data and reports utilizing aggregated data (i.e., not identifiable to Customer or any individual) derived from Customer's use of the Licensed Services.

## 7. TRAINING AND SUPPORT

REV006026

In accordance with its then current practices, Revelex agrees to provide Customer with training manuals and other materials for use by Customer in training its personnel. In connection with the license granted hereunder, during its then current support hours, Revelex shall provide reasonable off-site technical and other support for Customer and the Licensed Users, except that Revelex shall not be required to provide support for customers of the Licensed Users. On-site training or other assistance provided at Customer's request will be charged to Customer at Revelex's then current time and materials rates, plus travel expenses. Revelex may, from time to time, in its sole discretion provide Updates to Customer. For purposes of this Agreement, "Updates" means corrections, changes and improvements to the Licensed Services that (i) relate to the operating performance of the Licensed Services, but do not change the basic function of the Licensed Services; (ii) are intended for general commercial use in connection with the Licensed Services; and (iii) are provided generally to Revelex's other customers without additional charge. Updates do not necessarily include new releases or versions of the Licensed Services for which Revelex, in its sole and exclusive discretion, imposes an additional charge. Revelex may, however, in its sole and exclusive discretion, provide Updates to Customer that include new functionality. Any and all Updates are deemed part of the Licensed Services and shall be protected and governed by the terms and conditions of this Agreement and subject to the license granted in Section 2.1.

## 8. CONFIDENTIALITY

8.1   Customer acknowledges and agrees that the Licensed Services constitute valuable and confidential proprietary information and intellectual property of Revelex, are protected under civil and criminal law and under the laws of copyright and trade secret, and, except as expressly provided herein, shall not be disclosed in any form by Customer to any unauthorized third party.

8.2   Confidential Information. Except as provided in Section 8.3, each party agrees that all information supplied by one party and its affiliates and agents (collectively, the "Disclosing Party") to the other ("Receiving Party") including, without limitation, (i) source code, prices, trade secrets, databases, designs and techniques, engine protocols, models, displays and manuals, and the selection, coordination, and arrangement of the contents of such materials; and (ii) any unpublished information concerning research activities and plans, customers, marketing or sales plans, sales forecasts or results of marketing efforts, pricing or pricing strategies, costs, operational techniques, strategic plans, and unpublished financial information, including information concerning revenues, profits and profit margins will be deemed confidential and proprietary to the Disclosing Party, regardless of whether such information was disclosed intentionally or unintentionally or marked as "confidential" or "proprietary" ("Confidential Information"). The Customer Data shall be deemed Confidential Information of Customer. The Licensed Services shall be deemed Confidential Information of Revelex.

8.3   Exclusions. Confidential Information will not include any information or material, or any element thereof, whether or not such information or material is Confidential Information for the purposes of this Agreement, to the extent any such information or material, or any element thereof: (a) has previously become or is generally known, unless it has become generally known through a breach of this Agreement or a similar confidentiality or non-disclosure agreement, obligation or duty; (b) was already rightfully known to the Receiving Party prior to being disclosed by or obtained from the Disclosing Party as evidenced by written records kept in the ordinary course of business or by proof of actual use by the Receiving Party; (c) has been or is hereafter rightfully received by the Receiving Party from a third person (other than the Disclosing Party) without restriction or disclosure and without breach of a duty of confidentiality to the Disclosing Party; or (d) has been independently developed by the Receiving Party without access to Confidential Information of the Disclosing Party. It will be presumed that any Confidential Information in a Receiving Party's possession is not within exceptions (b), (c) or (d) above, and the burden will be upon the Receiving Party to prove otherwise by records and documentation.

8.4   Treatment of Confidential Information. Each Party recognizes the importance of the other's Confidential Information. In particular, each Party recognizes and agrees that the Confidential Information of the other is critical to their respective businesses and that neither Party would enter into this Agreement without assurance that such information and the value thereof will be protected as provided in this Section 8 and elsewhere in this Agreement. Accordingly, each Party agrees as follows: (a) the Receiving Party will hold any and all Confidential Information it obtains in strictest confidence and will use and permit use of Confidential Information solely for the purposes of this Agreement. Without limiting the foregoing, the Receiving Party shall use at least the same degree of care, but no less than reasonable care, to avoid disclosure or use of this Confidential Information as the Receiving Party employs with respect to its own Confidential Information of a like importance; (b) the Receiving Party may disclose or provide access to its responsible employees who have a need to know and may make copies of Confidential Information only to the extent reasonably necessary to carry out its obligations hereunder; and (c) the Receiving Party currently has, and for so long as it possesses Confidential Information of the Disclosing Party, it will maintain in effect and enforce, rules and policies to protect against access to or use or disclosure of Confidential Information other than in accordance with this Agreement, including without limitation written instruction to and agreements with employees and agents who are bound by an obligation of confidentiality no less restrictive than set forth in this Agreement to ensure that such employees and agents protect the confidentiality of Confidential Information. The Receiving Party will instruct and require its employees and agents not to disclose Confidential Information to third parties, including without limitation customers, subcontractors or consultants, without the Disclosing Party's prior written consent; and will notify the Disclosing Party immediately of any unauthorized disclosure or use, and will cooperate with the Disclosing Party to protect all proprietary rights in and ownership of its Confidential Information.

8.5   Compelled Disclosures. To the extent required by applicable law or by lawful order or requirement of a court or governmental authority having competent jurisdiction over the Receiving Party, the Receiving Party may disclose Confidential Information in accordance with such law or order or requirement, subject to the following conditions: as soon as possible after becoming aware of such law, order or requirement and prior to disclosing Confidential Information pursuant thereto, the Receiving Party will so notify the Disclosing Party in writing and, if possible, the Receiving Party will provide the Disclosing Party notice not less than five (5) business days prior to the required disclosure. The Receiving Party will use reasonable efforts not to release Confidential Information pending the outcome of any measures taken by the Disclosing Party to contest, otherwise

REV006027

oppose or seek to limit such disclosure by the Receiving Party and any subsequent disclosure or use of Confidential Information that may result from such disclosure. The Receiving Party will cooperate with and provide assistance to the Disclosing Party regarding such measures. Notwithstanding any such compelled disclosure by the Receiving Party, such compelled disclosure will not otherwise affect the Receiving Party's obligations hereunder with respect to Confidential Information so disclosed.

8.6  Non-Exclusive Equitable Remedy. Each party acknowledges and agrees that due to the unique nature of Confidential Information there can be no adequate remedy at law for any breach of its obligations hereunder, that any such breach or threatened breach may allow a party or third parties to unfairly compete with the other party resulting in irreparable harm to such party, and therefore, that upon any such breach or any threat thereof, each party will be entitled to appropriate equitable remedies and may seek and obtain injunctive relief from a court of competent jurisdiction without the necessity of proving actual loss or posting of a bond or other security, in addition to whatever remedies either of them might have at law or equity. Any breach of this Section 8 will constitute a material breach of this Agreement and be grounds for immediate termination of this Agreement in the exclusive discretion of the non-breaching party.

## 9. NO WARRANTIES; THIRD PARTY DISCLAIMER

THE LICENSED SERVICES, SUPPORT, DOCUMENTATION, AND ANY OTHER SERVICES, DATA, AND CONTENT PROVIDED BY REVELEX OR ITS VENDORS AND LICENSORS UNDER THIS AGREEMENT ARE PROVIDED "AS IS" AND "AS-AVAILABLE," WITH ALL FAULTS, AND WITHOUT WARRANTY OF ANY KIND. REVELEX AND ITS VENDORS AND LICENSORS DISCLAIM ALL OTHER WARRANTIES, EXPRESS AND IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, QUALITY OF INFORMATION, AND TITLE/NON-INFRINGEMENT. CUSTOMER EXPRESSLY AGREES AND ACKNOWLEDGES THAT USE OF AND RECEIPT OF THE FOREGOING ITEMS ARE AT CUSTOMER'S SOLE RISK, INCLUDING ERRORS IN QUOTES, PRICING, AND OTHER OUTPUT FROM THE LICENSED SERVICES. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY REVELEX OR ITS AUTHORIZED REPRESENTATIVES SHALL CREATE ANY WARRANTIES OR IN ANY WAY INCREASE THE SCOPE OF REVELEX'S OBLIGATIONS UNDER THIS AGREEMENT.

THE LICENSED SERVICES MAY BE USED TO ACCESS AND TRANSFER INFORMATION OVER THE INTERNET. CUSTOMER ACKNOWLEDGES AND AGREES REVELEX AND ITS VENDORS AND LICENSORS DO NOT OPERATE OR CONTROL THE INTERNET AND: (I) VIRUSES, WORMS, TROJAN HORSES, OR OTHER UNDESIRABLE DATA OR SOFTWARE; OR (II) UNAUTHORIZED USERS (E.G., HACKERS) MAY ATTEMPT TO OBTAIN ACCESS TO AND DAMAGE CUSTOMER'S DATA, WEB SITES, COMPUTERS, OR NETWORKS. REVELEX SHALL NOT BE RESPONSIBLE FOR SUCH ACTIVITIES.

REVELEX MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED WITH REGARD TO ANY, HARDWARE, PRODUCTS, SOFTWARE, DATA, OR SERVICES MADE AVAILABLE BY REVELEX TO CUSTOMER IN CONNECTION WITH THIS AGREEMENT AND THE LICENSED SERVICES (COLLECTIVELY, THE "THIRD PARTY ITEMS"). REVELEX EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE/NON-INFRINGEMENT, QUALITY OF INFORMATION, QUIET ENJOYMENT, AND FITNESS FOR A PARTICULAR PURPOSE WITH REGARD TO THE THIRD PARTY ITEMS. REVELEX SHALL HAVE NO LIABILITY OF ANY KIND TO CUSTOMER IN CONNECTION WITH THE THIRD PARTY ITEMS. USE OF THE THIRD PARTY ITEMS IS AT CUSTOMER'S SOLE RISK.

## 10. CUSTOMER REPRESENTATIONS AND WARRANTIES

Customer represents and warrants to Revelex that Customer is not, and shall not, during the Term (as that term is defined in Section 15 of this Agreement), become a competitor of Revelex and that, without limiting the generality of the confidentiality restrictions set forth in Section 8, under no circumstances shall Customer allow a competitor of Revelex to access, view or use the Licensed Services or any portion thereof. Customer further represents and warrants that it has obtained all permits, licenses, clearances, and other authorizations necessary to perform this Agreement and provide its services and products, including, but not limited to, all insurance licenses or registrations in the states where Company markets and sells insurance products, if any.

## 11. INDEMNIFICATION

11.1  Subject to Section 12, Revelex shall indemnify, defend and hold Customer harmless from and against any and all claims, demands, actions, costs, liabilities and losses ("Losses") resulting from a claim that Customer's authorized use of the Licensed Services infringes a United States patent, copyright or trademark of a third party; provided, however that Customer must: (a) promptly notify Revelex in writing of any such claim, demand, action, cost, liability, loss or threat of any thereof; (b) cooperate with Revelex in the defense or settlement thereof; (c) allow Revelex sole control of the defense or settlement; and (d) fully comply with the terms of this Agreement. Customer shall be entitled to participate in such defense at its own cost and expense. Notwithstanding the foregoing, Revelex shall have no obligation with respect to any claim of infringement that is based upon or arises out of: (i) the use or combination of the Licensed Services with any hardware, software, products, data or other materials not provided by Revelex; (ii) Customer's use of Licensed Products in excess of the rights granted in this Agreement; or (iii) any reservation services, global distribution systems, content, and data provided by a third party and made available by Revelex to Customer as part of the Licensed Services. If the Licensed Services, or any part thereof, becomes or, in the opinion of Revelex, is likely to become the subject of an indemnifiable claim, Revelex may, at Revelex's sole option: (i) procure for Customer the right to continue to use the Licensed Services or any part thereof; (ii) replace the Licensed Services or any part thereof with a functional equivalent which is not subject to any such claim; (iii) modify the Licensed Services or any part thereof so as to be no longer subject to any such claim; or (iv) terminate this Agreement with respect to the infringing Licensed Services.

4

The foregoing shall constitute Customer's sole and exclusive remedy and Revelex's sole and exclusive liability for any infringement claims relating to the Licensed Services.

11.2   Customer acknowledges that Revelex has designed a website or websites for use by Customer's clients in accordance with materials, graphics, data and information provided by Customer (the "Customer Website"). Customer shall indemnify, defend and hold Revelex and its shareholders, officers, directors, employees, agents and representatives harmless from and against any and all Losses incurred by any of them arising out of, resulting from or related to any or all of the following: (a) the Customer Website, including claims of intellectual property infringement; (b) the Customer Data; (c) Customer's use of the Licensed Services in excess of the rights granted in this Agreement; or (d) Customer's breach of this Agreement.

## 12. LIMITATION OF LIABILITY

12.1   REVELEX SHALL NOT BE LIABLE (i) FOR ANY DIRECT, SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, EXEMPLARY OR ANY OTHER DAMAGES REGARDLESS OF KIND OR TYPE (WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE), INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS, DATA, OR GOODWILL, REGARDLESS OF WHETHER REVELEX KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES; OR (ii) FOR ANY DAMAGES WHATSOEVER IN CONNECTION WITH, OR IN ANY WAY RELATED TO, FULFILLMENT RELATED TO THE LICENSED SERVICES PROVIDED BY A THIRD PARTY. CUSTOMER WAIVES ANY AND ALL CLAIMS, NOW KNOWN OR LATER DISCOVERED, THAT IT MAY HAVE AGAINST REVELEX AND ITS LICENSORS AND VENDORS ARISING OUT OF THIS AGREEMENT AND THE SERVICES.

12.2   IN ANY EVENT, REVELEX'S TOTAL CUMULATIVE LIABILITY TO CUSTOMER OR ANY THIRD PARTY FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE) RELATING IN ANY WAY TO THIS AGREEMENT EXCEED ONE HUNDRED DOLLARS ($100.00).

12.3   THE LIMITATION OF LIABILITY AND TYPES OF DAMAGES STATED IN THIS AGREEMENT ARE INTENDED BY THE PARTIES TO APPLY REGARDLESS OF THE FORM OF LAWSUIT OR CLAIM A PARTY MAY BRING, WHETHER IN TORT, CONTRACT OR OTHERWISE. THE LIMITATIONS OF LIABILITY AND DISCLAIMERS OF WARRANTIES PROVIDED IN THIS AGREEMENT FORM AN ESSENTIAL BASIS OF THE BARGAIN BETWEEN THE PARTIES AND SHALL CONTINUE TO APPLY EVEN IF ANY EXCLUSIVE REMEDY HEREUNDER FAILS OF ITS ESSENTIAL PURPOSE.

## 13. NON-SOLICITATION

13.1   Customer shall not solicit, hire or attempt to hire, directly or indirectly, any of the employees or independent contractors of Revelex, its subsidiaries or affiliates during the term of their employment with or engagement by Revelex or for a period of two (2) years after the termination thereof. Customer shall not cause or attempt to cause any of the employees or independent contractors of Revelex, its subsidiaries or affiliates to terminate his or her relationship with the Revelex without the prior written consent of Revelex.

13.2   Revelex hereby agrees not to use information provided by Customer to Revelex in connection with this Agreement to solicit, by e-mail or otherwise, the agents and customers doing business with the Customer and/or Licensed Users without the prior express written consent of Customer.

## 14. INJUNCTIVE RELIEF

Customer acknowledges that the provisions set forth in Sections 2, 3, 5, 8, 10, 13, and 16 are necessary to protect the business, goodwill, and other proprietary interests of Revelex. In the event of any breach or threatened breach of the provisions of Sections 2, 3, 5, 8, 10, 13 and/or 16 hereof, Customer acknowledges Revelex shall incur irreparable damage for which there will be no adequate remedy at law. Accordingly, if Customer or any of its agents or representatives breaches or threatens to breach any of the foregoing provisions, Revelex shall be entitled, in addition to and without prejudice to all other rights and remedies available to it, an injunction (without any bond or other security being required therefor) restraining any breach of the foregoing provisions by Customer or its agents or representatives.

## 15. TERM AND TERMINATION

15.1   This Agreement shall commence on the Effective Date and continue for the period of one (1) year from that date (the "Initial Term") unless sooner terminated as permitted hereunder. Following the expiration of the Initial Term, the term of this Agreement shall automatically renew for successive one-year terms (each a "Renewal Term" and together with the Initial Term, the "Term"), unless either party notifies the other in writing (in accordance with Section 16.11 hereof) not less than ninety (90) days prior to the termination of the Initial Term or any Renewal Term of its intention to terminate this Agreement at the end of such term.

15.2   Either party may terminate this Agreement on written notice to the other party if the other party is in material breach of its obligations hereunder and fails to cure the breach within thirty (30) days of such written notice. In addition, either party may, in its sole discretion, elect to terminate this Agreement on written notice to the other party upon the bankruptcy or insolvency of the other party or upon the commencing voluntary or involuntary winding up, or upon the filing of any petition seeking the winding up of the other party. Notwithstanding the foregoing or any other provision of this Agreement, at any time Revelex may terminate any or all Statement(s) of Work or this entire Agreement for convenience, without cause or liability for such termination, on five (5) days prior written notice to Customer.

15.3   Customer shall be liable for all fees and charges incurred prior to the date of termination and shall not be entitled to a refund of any License Fees paid by Customer prior to the date of termination. All such fees are non-refundable.

15.4   Upon termination, Customer shall return to Revelex, within thirty (30) days, at Customer's expense, the original and all copies of Confidential Information, including without limitation any training manuals and other materials used in

REV006029

connection with the license, and any related materials furnished by Revelex to Customer hereunder. Furthermore, Customer shall prepare and deliver to Revelex an affidavit signed by an officer of Customer certifying compliance with this Section.

15.5   The provisions of Sections 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15 and 16 survive termination of this Agreement for any reason.

## 16. MISCELLANEOUS

16.1   Independent Contractors. Each party hereto is an independent contractor and nothing contained herein shall be construed to create a partnership, joint venture or agency relationship between Revelex and Customer, nor shall either party be authorized to bind the other in any way.

16.2   No Liens or Encumbrances. Customer shall keep the Licensed Services free and clear of any and all claims, liens and encumbrances attributable to, or arising out of Customer's use or possession of the Licensed Services. Any act of Customer, whether voluntary or involuntary, purporting to, or having the likely effect of creating a claim, lien or encumbrance on the Licensed Services shall be void and shall be grounds for immediate termination of this Agreement.

16.3   Remedies Not Exclusive; No Waiver; Amendments. Except as otherwise specifically provided herein, no remedy referred to in this Agreement is intended to be exclusive. No delay by either party in exercising any of their respective rights or remedies hereunder shall be deemed to be a waiver of such rights or remedies. No waiver by either party of any rights under this Agreement or breach by the other party hereunder shall in any way be a waiver of any such rights in the future or any future breach. Any waiver, amendment or modification of this Agreement must be in writing and signed by the party against whom enforcement is sought.

16.4   Assignment and Sublicense. Revelex shall have the right to transfer or assign this Agreement and the rights hereunder to any other person or entity without the consent of Customer. Customer shall not assign or transfer this Agreement or any rights hereunder to any other person or entity without the prior written consent of Revelex, which consent may be withheld for any reason or no reason. Any change in control of Customer, whether by merger, stock acquisition or otherwise, shall be deemed to be an attempted assignment of this Agreement and shall be grounds for termination. Furthermore, Customer acknowledges and agrees that the Licensed Services may not be sublicensed or otherwise transferred voluntarily or by operation of law to any third party. Any attempted assignment, license, sublicense or transfer by Customer, whether voluntary or involuntary, shall be void and shall be grounds for immediate termination of this Agreement. Subject to the foregoing, this Agreement shall be binding upon and shall inure to the benefit of the successors and permitted assigns of the parties hereto.

16.5   Intentionally blank

16.6   Governing Law and Venue. This Agreement and the rights of the parties hereto shall be governed by the laws of the State of Florida without regard to principles of conflict of laws. In the event of any litigation arising out of, or relating to, this Agreement or the breach thereof, the venue for any such action shall be in the State or Federal courts located in Palm Beach County, Florida.

16.7   Severability; Captions.   If any provision of this Agreement is held to be invalid or unenforceable for any reason, such provision shall be conformed to prevailing law rather than voided, if possible, in order to achieve the intent of the parties and, in any event, the remaining provisions of this Agreement shall remain in full force and effect and shall be binding upon the parties hereto. The captions of this Agreement are solely for reference and have no legal effect whatsoever and shall not in any way affect the interpretation or construction of this Agreement.

16.8   Force Majeure. Neither party shall be liable for damage due to any cause beyond its control, including, without limitation, acts of God, acts of civil or military authority, labor disputes, failure or delay of suppliers or systems, including communications and power systems, fire, sabotage, war, embargo or acts or omissions of the other party caused by any of such events.

16.9   Compliance with Laws. Customer shall comply with all laws and regulations, including, but not limited to, those laws and regulations governing its use of the Licensed Services and its provision of the Customer Data to Revelex.

16.10   No Export. Customer shall not ship or divert for use in any country any of the Licensed Services or technical data with respect thereto in contravention of the laws and regulations of the United States or knowingly allow such shipping or diversion. Customer shall obtain all required governmental approvals necessary in connection with this Agreement. Without limiting the generality of the foregoing, Customer acknowledges that its exportation of the Licensed Services may be subject to the Export Administration Regulations of the U.S. Department of Commerce, and Customer warrants and represents that it shall comply in all respects with such regulations.

16.11   Notices. No notice or other communication shall be deemed given unless sent in any of the manners, and to the persons, as specified in this paragraph. All notices and other communications hereunder shall be in writing and shall be deemed given: (a) upon receipt if delivered personally (unless subject to clause (b) or if mailed by registered or certified mail receipt requested, postage prepaid; (c) at noon on the business day after dispatch if sent by a nationally recognized overnight courier; or (d) upon the completion of transmission (which is confirmed by telephone or by a statement generated by the transmitting machine) if transmitted by telecopy or other means of facsimile which provides immediate or near immediate transmission to compatible equipment in the possession of the recipient, in any case to the parties at the following addresses or telecopy number (or at such other address or telecopy number for a party as shall be specified by like notice):

If to Revelex:
Revelex Corporation
6405 Congress Avenue, Suite 120
Boca Raton, FL 33487
Attention: Chief Executive Officer
Telecopy Number: (561) 988-9099
Confirmation Number: (561) 988-5588

If to Customer:
Pier 1 Cruise Experts
Rua Tabapua, 111-8 Andar
04533-010 Sao Paulo SP Brazil
Attention: Thiago K. Vasconcelos
Telephone: 1130782474
Email: thiago@pier1.combr

REV006030

16.12 **Advertising and Promotions on Licensed Services.** Revelex will have the sole and exclusive right to offer and sell advertising, promotion, merchandising or marketing services (including, but not limited to banners, links, marketing services, promotions, product tie-ins, and product or service merchandising) to third parties on and through the Licensed Services.

6.13 **Publicity.** Customer acknowledges and agrees Revelex may identify Customer as a client in its client listings, Web sites, and other promotional materials. In addition, Revelex may issue a press release regarding the parties' new relationship under this Agreement. Customer shall use reasonable efforts, subject to Revelex's prior approval, to issue press releases on at least a quarterly basis during the Term announcing the parties' relationship.

6.14 **Entire Agreement.** This Agreement constitutes the entire agreement between Revelex and Customer pertaining to the subject matter hereof and supersedes all proposals or prior and contemporaneous agreements or understandings of the parties regarding such matter. Terms and conditions contained in any purchase order or other ordering document submitted by Customer shall not be deemed to modify or supersede the terms of this Agreement and are of no force and effect.

16.15 **Authority.** The person signing below represents and warrants that he or she has authority to enter into this Agreement on behalf of his or her organization and bind such organization to the terms of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the Effective Date.

REVELEX CORPORATION

By: _____
Rick Smallman, Chief Financial Officer

CUSTOMER: Pier 1 Cruise Experts

By: _____
Name/Title: Mr. Thiago K. Vasconcelos

REV006031

| EXHIBIT A | COMPANY NAME: PIER 1 CRUISE EXPERTS | INITIALS: _____ | DATE: _____, 20___ |
|---|---|---|---|
| SERVICE/DESCRIPTION | | | LICENSE FEES |

### PRODUCT: LEISURE AGENCY BOOKING ENGINE

| Service/Description | | | License Fees |
|---|---|---|---|
| **Revelex Leisure Negotiator™**<br>Proprietary, password-enabled Internet website that allows user to book travel services online | ☒ Yes | ☐ No | $12,000 one time set-up fee payable on Effective Date; annual maintenance of $3,960 payable on the one year anniversary of the Launch Date (defined as the first date on which Customer processes a transaction using the Licensed Services, as determined by the records of Revelex); additional customization charges (see "Custom Development" below); transaction fee of $2 for each online air, car and hotel GDS booking; transaction fee of $2 for each online cruise, tour, insurance, excursion, hotel or other online non GDS booking; transaction fee of $2 for each passive PNR, whether originating online or offline<br>Included in set-up fee: Initial setup of the booking engine, setting up basic PNR rules and scripts, setting up air PNR queues, setting up service fees and cancellation charges, creating export file for bookings and customer profiles, (GTID, TA, Office ID, etc.) setup to the GDS of Customer's choice, disclaimer, terms and text changes, training and over 400 quality control tests on the completed engine. All transaction and PNR fees due monthly, upon presentment of invoice. |

### ADDITIONAL FEES AND PRODUCTS FOR PRODUCT: LEISURE AGENCY BOOKING ENGINE

| Service/Description | | | License Fees |
|---|---|---|---|
| **Usage Fees** | | | $25 per every 10,000 page views. Please note there is a minimum charge of $150 per month. |
| **Power Agent®**<br>Proprietary desktop booking agent | # Users: 1 | | $50 per month per Licensed User Power Agent Licenses<br>$20 per month per Licensed User Power Agent "Lite" Licenses |
| **Data Feed Downloader**<br>Data Feed Downloader is a reporting function that enables the extraction of XML files. Once downloaded these files may be used by the consumer for placement on their website | ☐ Yes | ☒ No | $21,000 one time set-up fee payable on Effective Date with a $6,600 annual maintenance fee due on the one year anniversary of the Launch Date. If bundled with Travel Negotiator you will receive a $10,000 discounted rate with a 50% discount on the annual maintenance fee. |
| **Site Tracking ID™**<br>Allows Customer to track booking information by an identifier within the URL passed to the Booking Engine. | ☐ Yes | ☒ No | $6,000 one-time set-up fee for 250 IDs, payable in advance; $5,000 for each additional block of 500 IDs; Annual renewal fee, payable on the one year anniversary of the Launch Date, based on 33% of total set-up fee. |
| **Group Booking Engine™**<br>Allows Customer to book groups with cruise lines. | ☐ Yes | ☒ No | $150 per month per agency, due the first of each month and payable in advance; three months' fees ($450) due as deposit on Effective Date |
| **Secure Site License (SSL) with CISP** – with quarterly scanning | ☒ Yes | ☐ No | $350 per Customer website per year; first payment due upon authorization by Customer |
| **Secure Site License (SSL) with Hackersafe Program** | ☐ Yes | ☒ No | $650 per Customer website per year, first payment due upon authorization by Customer |
| **Wild Card SSL** | ☐ Yes | ☒ No | $1,099 per Customer per year for unlimited sites; first payment due upon authorization by Customer |
| **Akamai**<br>Content delivery network that speeds up your customer's experience on the Internet. | ☐ Yes | ☒ No | $1,500 per quarter, payable in advance. |
| **Custom Development**<br>Customer-ordered changes to graphic, text, html, reporting and data storage | ☐ Yes | ☒ No | $200/hour with a four-hour minimum; Customer approval of work order required prior to commencement of customization. |
| **Custom Service Maintenance**<br>Maintenance on code development | ☒ Yes | ☐ No | The annual fees for Custom Service Maintenance shall equal nineteen percent (19%) of the Custom Development costs paid to Revelex. The Custom Service Maintenance fees shall be due and payable on the first, second, and third annual anniversary dates of acceptance as defined in the Statement of Work. |
| ~~Disaster Recovery Fees~~<br>Participation in Revelex's Disaster Recovery environment | ☐ Yes | ☒ No | ~~Setup charge of $5,000 for disaster recovery services (i.e., the establishment of a "cold site" for recovery of the Licensed Services in the event of a disaster). Revelex shall waive this fee if Customer requests Revelex to include Customer in its disaster recovery plan from the date Customer first uses Licensed Services in a production environment. In the event of a disaster,~~ Revelex shall use reasonable efforts under the circumstances, with due consideration to the safety of its personnel, to restore access to the Licensed Services within twenty-four hours. Customer shall pay Revelex a monthly payment of $2,500 for the foregoing disaster recovery services. |

A

REV006032

| | | | |
|---|---|---|---|
| Pin Passing<br>Allows Customer to track booking made by users passing a unique identifier from the url | ☐ Yes | ☒ No | $18,000 one-time fee, payable in advance; $6,000 annual renewal fee, payable on each anniversary of the Launch Date; transaction fee of $3.00 for each booking. Usage fees also apply. |
| Additional Booking Engine (s)<br>Additional White Label Sites | ☐ Yes | ☒ No | One-time fee of $1,000 per additional booking engine. Does not include customization |
| Air Matrix<br>Display of Search Results in a Matrix Format | ☐ Yes | ☒ No | $10,000 One time set up fee with an annual maintenance of $3,300 due on anniversary of Launch Date |
| Allows for Client hosting of graphics on the Revelex sub-domain | ☐ Yes | ☒ No | $2,500 One time charge |

MONTHLY BILLING WILL COMMENCE UPON REVELEX'S PROVIDING NOTICE TO CUSTOMER THAT LICENSED SERVICES ARE OPERATIONAL. OFFLINE BOOKINGS VIA POWER AGENT® INCUR NO USAGE OR TRANSACTION FEES OTHER THAN $1 FEE FOR PASSIVE PNR CREATION.
TRANSACTION FEES ARE PAYABLE ON ALL ONLINE BOOKINGS, INCLUDING ANY BOOKINGS THAT ARE LATER CANCELLED.
ANY BILLING DISPUTES WILL BE ADJUSTED ON THE BILL FOR THE FOLLOWING MONTH.
REVELEX RESERVES THE RIGHT TO CHANGE THE FOREGOING RATES AND PRICING AT ANY TIME WITH NOTICE TO CUSTOMER.

B

REV006033

**EXHIBIT B**

Credit Card Charge Authorization Form for Monthly License, Usage and Transaction Fees

Name: _____

Business Name: _____

Address: _____

City, State, Zip Code: _____

Phone Number: _____ Fax Number: _____

E-Mail Address: _____

Please indicate all that apply:

| | | |
|---|---|---|
| Power Agent® Fees | @ $_____ | per user per month |
| Usage Fee | $150.00 | minimum per month ($25 per every 10,000 page views) |
| Group Booking Engine™ | @ $_____ | per month per agency |
| Transaction Fees | @ $_____ | for each air/car/hotel gds online booking |
| | @ $_____ | for each cruise/insurance/tour/excursion/hotel gds booking |
| | @ $_____ | for each Pin Passed booking |
| Training Fees | @ $_____ | for $800 per day plus travel expenses to include lodging, air, transfers, meals, etc. |
| SSL Certifications | @ $_____ | Annual Fee for SSL's w/Quarterly Scanning $350, with Hackersafe Package $650 |
| Wildcard Certifications | @ $_____ | Annual Fee for Wildcard Certifications $1,099 |
| Additional Booking Engine | @ $_____ | $1,000.00 for each additional (New Website). Up to (2) will allowed to be charged. |

## Credit Card Information

Card Type: _____ Visa _____ Master Card _____ Discover _____ Amex

Card Number: _____

Expiration Date: _____ 3 Digit Code on Back of Card: _____

Issuing Bank: _____

Name exactly as it appears on card: _____

Billing Address: _____

City, State, Zip Code: _____

## Authorization Agreement

I understand monthly fees as indicated above will be charged on the 1st business day of each month. I authorize Revelex Corporation to charge the appropriate fee each month to my credit card. Transaction and gigabyte fees will be charged between the 1st and 5th of each month for fees incurred for the previous calendar month. Discrepancies shall be adjusted on subsequent monthly transaction fee billing. I understand I am responsible for providing Revelex Corporation with correct and updated information. Incorrect information may result in a disruption in access to the Licensed Services.

Please forward a copy of your credit card, front and back along with this original signed authorization form filled out in blue ink.

_____      _____
Authorized Signature                                      Date

EXHIBIT C
STATEMENT OF WORK

   This Statement of Work, effective as of the last signature date below, is a part of and incorporated into the Service Agreement ("Agreement") between Revelex Corporation ("Revelex") and _____ ("Customer"), dated _____ \_\_, 2013. Capitalized terms not defined in this Statement of Work are as defined in the Agreement. In the event of any conflict between the Agreement and this Statement of Work, the terms of the Agreement shall govern.

1.  Services to be Performed; Schedule of Deliverables/Milestones; Specifications; Service Levels; Acceptance Criteria; Due Dates:


2.  Fees; Payment terms:


**CUSTOMER**

By: _____
Name: _____
Title: _____
Date: _____

**REVELEX CORPORATION**

By: _____
Name: _____
Title: _____
Date: _____

D

REV006035

EXHIBIT D
END USER AGREEMENT

LEGAL NOTICE: THIS END USER AGREEMENT ("AGREEMENT") IS A BINDING LEGAL CONTRACT BETWEEN YOU (EITHER AN INDIVIDUAL OR A LEGAL ENTITY SIGNING BELOW) AND REVELEX CORPORATION ("REVELEX") GOVERNING YOUR USE OF CERTAIN HOSTED TRAVEL RESERVATION SERVICES PROVIDED BY REVELEX (THE "SERVICES"). BY USING THE SERVICES YOU WILL BE BOUND BY THE TERMS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, REVELEX IS NOT WILLING TO LICENSE ANY RIGHT TO USE THE SERVICES TO YOU. IN SUCH EVENT, YOU MAY NOT USE THE SERVICES.

1. **GRANT OF LICENSE.** Revelex has entered into a service agreement (the "Service Agreement") with _____ ("Company") relating to online travel reservations services. In connection with the Service Agreement, Company desires certain of its affiliated business partners ("you") to have limited access to the Services. In furtherance of the foregoing, Revelex grants you a revocable, nontransferable, nonexclusive license to access and use the Services as contemplated hereunder. Except for the limited license provided above, Revelex retains all right, title, and interest in and to the Services. You will hold the Services and any documentation provided by Revelex in strict confidence and not disclose the information to any unauthorized third party. In particular, you may not use any information provided by Revelex, including the Services, to create or establish a competing service. From time-to-time, you and Revelex may enter into written Statement(s) of Work for the performance of certain professional services by Revelex. All such services shall be deemed part of and included in the definition of Services hereunder. No Statement of Work will be binding unless and until signed by both parties. The fees for any such services will be set forth in the applicable Statement of Work.

2. **LIMITATIONS AND DISCLAIMERS.** You may not: (i) download, reproduce, copy, alter, adapt, modify, improve, translate, create derivative works from, reverse engineer, disassemble, decompile or otherwise attempt to reveal the trade secrets or know how relating to the Services; (ii) sublicense, resell, sublease or transfer any of your rights under the Agreement or otherwise use the Services for the benefit of any third party or use the Services to develop a product that is similar to the Services or to operate a service bureau; or (iii) use the Services in any manner or for any purpose not authorized by the Agreement. THE SERVICES ARE PROVIDED "AS-IS" AND "AS AVAILABLE," WITHOUT WARRANTIES OF ANY KIND. REVELEX DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE SERVICES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, TITLE, MERCHANTABILITY, QUIET ENJOYMENT, QUALITY OF INFORMATION, AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT WILL REVELEX, ITS AFFILIATES, OR ITS SUPPLIERS AND LICENSORS BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, PUNITIVE, EXEMPLARY, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE SERVICES, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES. IN ANY EVENT, THE MAXIMUM LIABILITY OF ANY OF THE FOREGOING PARTIES FOR ALL CLAIMS OF EVERY KIND ARISING OUT OF THE SERVICES WILL IN NO EVENT EXCEED TEN DOLLARS ($10). You hereby waive any and all claims, now known or later discovered, that you may have against Revelex arising out of your use of the Services.

3. **TERM AND TERMINATION.** This Agreement will commence on the earlier of your signature below or your first use of the Services and continue for the term of the Service Agreement. Either party may terminate this Agreement at any time on written notice to the other party. Your license to use the Services will automatically terminate on termination of this Agreement.

4. **INDEMNITY.** You agree to indemnify, defend and hold harmless Revelex and its parent and their respective officers, directors, shareholders, agents, affiliates, and licensors from and against any and all third party claims of any kind (along with attorney's fees and litigation costs) arising out of, resulting from, or in

E

connection with your breach of this Agreement or your use or misuse of the Services.

5.  **GENERAL.** This Agreement is governed by and construed in accordance with the laws of the State of Florida. Any action or proceeding brought by either party hereto shall be brought only in a state or federal court of competent jurisdiction located in Boca Raton, Florida and the parties submit to the in personam jurisdiction of such courts for purposes of any action or proceeding. This Agreement constitutes the entire understanding and agreement between Revelex and you with respect to the transactions contemplated in this Agreement and supersedes all prior or contemporaneous oral or written communications with respect to the subject matter of this Agreement, all of which are merged in this Agreement. This Agreement shall not be modified, amended or in any way altered except by an instrument in writing signed by authorized representatives of both parties. In the event that any provision of this Agreement is found invalid or unenforceable pursuant to judicial decree, the remainder of this Agreement shall remain valid and enforceable according to its terms. Any failure by Revelex to strictly enforce any provision of this Agreement will not operate as a waiver of that provision or any subsequent breach of that provision. The following provisions shall survive any termination or expiration of this Agreement: Sections 2, 4, and 5. Revelex may assign any of its rights or obligations hereunder as it deems necessary. You represent and warrant you have authority to enter into this Agreement on behalf of your organization. This Agreement may be accepted in electronic form (e.g., by an electronic or digital signature or other means of demonstrating assent) and your acceptance will be deemed binding between the parties. You agree that you will not contest the validity or enforceability of this Agreement because it was accepted in electronic form.

**IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT IN THE EVENT ANY REMEDY HEREUNDER IS DETERMINED TO HAVE FAILED OF ITS ESSENTIAL PURPOSE, ALL LIMITATIONS OF LIABILITY AND EXCLUSIONS OF DAMAGES SET FORTH HEREIN SHALL REMAIN IN EFFECT.**

F

REV006037

# EXHIBIT E
# THIRD PARTY END USERS