



# Pier1

## B2C & Power Agent Booking Capability

### Revelex® - Scope of Work

Author: REVELEX® CORPORATION
Creation Date: 04.22.2013
Modification Date: 01.15.14



PLAINTIFF'S
EXHIBIT
5
Romans
PENGAD 800-631-6989

REV006053

## COPYRIGHT

© 2013 Revelex® Corporation.  All rights reserved.

## NOTICES AND DISCLAIMERS

Unless otherwise noted, all materials contained in this document are copyrighted and provided under a nondisclosure agreement or license agreement.

The materials contained in the document may be copied provided that ALL copies retain the copyright and any other proprietary notices contained on the materials. No material may be modified, edited or taken out of context such that its use creates a false or misleading statement or impression as to the positions, statements or actions of Revelex® Corporation.

The name, trademarks, patents or other intellectual properties of Revelex® Corporation in this document may NOT be used in advertising or publicity without specific, written prior permission.

The schedules, deliverables, and service descriptions provided in this document are estimates only, based on the information currently available to Revelex This Scope of Work shall be updated to reflect the final agreement of the parties regarding the foregoing.

Pier One – B2C & Power Agent Booking Capability                    Scope of Work_v4

## DOCUMENT TRACKING

### DOCUMENT HISTORY

| Name | Date | Version | Description/Comments |
|---|---|---|---|
| Revelex | 04.22.2013 | 1 | Document Creation |
| Revelex | 05.31.2013 | 2 | Document Modifications |
| Revelex | 06.17.2013 | 3 | Document Modifications |
| Revelex | 08.22.2013 | 4 | Document Modifications |
| Revelex | 08.30.2013 | 5 | Document Modifications |
| Revelex | 01.15.14 | 6 | Pricing Changes |

### DOCUMENT COMMENTS/UPDATE HISTORY DETAILS

| Name | Description/Comments |
|---|---|
|  |  |

### DOCUMENT ISSUES/PENDING ITEMS

| Name | Issues | Action |
|---|---|---|
|  |  |  |

### DOCUMENT APPLICABILITY

| Reports | Admin Interface | Agent Interface | Website |
|---|---|---|---|
|  |  |  |  |



Confidential and Proprietary Information - Revelex® Corporation, USA

REV006055

## TABLE OF CONTENTS

Copyright ............................................................................................................................1
Notices and Disclaimers .....................................................................................................1
Document Tracking .............................................................................................................2
Document History ...............................................................................................................2
Document Comments/Update History Details ....................................................................2
Document Issues/Pending Items .........................................................................................2
Document Applicability .......................................................................................................2
Table of Contents ...............................................................................................................3
1. Introduction .....................................................................................................................4
    1.1 Summary ...................................................................................................................4
    1.2 Definitions .................................................................................................................4
    1.3 Organizational Contacts ...........................................................................................5
2. References .......................................................................................................................5
    2.1 Requirements Documents .........................................................................................5
    2.2 System References.....................................................................................................5
3. Project Requirements .......................................................................................................6
    3.1 Affiliate Agency Setup ..............................................................................................6
    3.2 Power Agent Access .................................................................................................6
    3.3 B2C Site implementation..........................................................................................15
    3.4 Translation Services .................................................................................................19
    3.5 merchant Account INtegration .................................................................................20
    3.6 project Assumptions & Constraints .........................................................................20
4. Customization Plan – Estimation Summary .....................................................................21
    4.1 Estimate Assumptions and Dependencies ..............................................................21
    4.2 Key Assumptions .....................................................................................................21
5. Fees and Terms ...............................................................................................................22
6. Code Maintenance ..........................................................................................................23
7. Terms of Statement of Work ...........................................................................................23
8. Approval ..........................................................................................................................24
9. Acceptance ......................................................................................................................24
10. Appendix .......................................................................................................................25
    10.1 Brazilian States......................................................................................................25
    10.2 Cruise Payment Override .......................................................................................26
    10.3 Email Templates .....................................................................................................26
    10.4 Descoped Requirements:........................................................................................27

# 1. INTRODUCTION

## 1.1 SUMMARY

Pier1 is a GSA Agency who provides booking capabilities to dozens of Affiliate Agencies across Brazil. They require an electronic system which allows them to streamline their cruise booking process for in-house bookings, as well as bookings made by Affiliate Agencies.

## 1.2 DEFINITIONS

The following terms may be/are used throughout this document:

| | |
|---|---|
| Power Agent | Interface which allows licensed users to book cruises, service existing cruise bookings with supported post-booking functionality and manage administration functions applicable to the cruise product. Accessible by both Power Agent & Power Agent Lite users |
| B2C | Consumer facing websites which involve no agent interaction within the booking process |
| Power Agent Lite User | Refers to the account access level in regards to Power Agent, in where the functionality is less than a Power Agent account |
| Parent Agency | The parent of all child agencies. This is the Pier 1 Agency. |
| Child Agency | Agencies booking using Pier1 credentials. Also known as Affiliate Agencies to Pier 1 |
| Pier 1 Agents | Agents specifically associated with Parent Agency. |
| Affiliate Agents | Agents associated with all Child Agencies. |
| Agents | General term for any Agent accessing the System |
| Admin | General term for an Agent with Administrator rights. |

Confidential and Proprietary Information - Revelex® Corporation, USA

REV006057

## 1.3 ORGANIZATIONAL CONTACTS

Below lists the organizational contact for each corporation/party involved in the project.

| Revelex | Pier1 |
|---|---|
| **David Goodis**<br>President and Chief Executive Officer<br>Email: dgoodis@revelex.com<br>Phone: 561-988-5588, Extension 222 | **Thiago Vasconcelos**<br>Project Manager<br>Email: thiago@pier1.com.br<br>Phone: 11 3078.2474 |
| **James Horvath**<br>Chief Technology Officer<br>Email: jhorvath@revelex.com<br>Phone: 561-988-5588, Extension 223 | |
| **David Guest**<br>Project Manager<br>Email: dguest@revelex.com<br>Phone: 561-988-5588, Extension 292 | |
| **Corrinne Ku**<br>Business Analyst<br>Email: cku@revelex.com<br>Phone: 561-988-5588, Extension 241 | |

## 2.   REFERENCES

### 2.1 REQUIREMENTS DOCUMENTS

The following documents were utilized in the creation of this Scope of Work.

- Emails generated from Pier1

### 2.2 SYSTEM REFERENCES

The following was used in the creation of this Scope of Work for the purpose of technical documentation:

- Existing documentation for B2C sites
- Existing functionality of Power Agent: booking process, post-booking, and reporting functionalities
- Existing documentation of specific admin tools.

Confidential and Proprietary Information - Revelex® Corporation, USA



REV00

## 3.   PROJECT REQUIREMENTS

Below are the requirements identified for an initial launch of an automated booking solution.

### 3.1 AFFILIATE AGENCY SETUP

All Affiliate Agencies associated with Pier1 will be setup in a hierarchy structure, each as a child agency under a single parent agency.  The parent agency is identified as Pier1.  Each Child Agency will be assigned a unique agency ID, as well as a single B2C site.

### 3.2 POWER AGENT ACCESS

Pier1, as the parent agency, will have logins to Power Agent.  There will be approximately 10 users with full Power Agent access, who will be able to login: Pier 1 Agents.  Pier1 assignment as a Parent Agency allows them to access all of the Child Agency bookings, and will also allow them to create a booking on behalf of any Child Agency, should permissions apply.

Pier1 must provide Revelex with a list of agents who are to have Administrator rights so they can be configured properly.  Admin rights can vary across Administrators, based on the needs of the Agents.

Additionally, each Child Agency will have a set of Affiliate Agents that will be able to access Power Agent (Lite accounts), to service bookings as well as to create bookings.  It is assumed one Agent for each Child Agency will have regular Power Agent access with Administrator rights.  It is expected that there will be up to five (5) agents assigned to each Child Agency.

|  | Pier1 Agents | Affiliate Agents |
| --- | :---: | :---: |
| Power Agent Access | Y | N |
| Power Agent Lite Access | N | Y |
| Access Pier1 Bookings | Y | N |
| Access Affiliate Bookings | Y | Y |
| Book on behalf of Affiliates | Y | N |

Confidential and Proprietary Information - Revelex® Corporation, USA

Pier One – B2C & Power Agent Booking Capability                                                    Scope of Work_v6

| Requirement | Functionality |
|---|---|
| Book on behalf of Affiliate Agencies | <ul><li>System will allow an Administrator to delegate access to an Agent for permissions to book on behalf of Child Agencies.</li><li>This permission is available for all sailings, vendors, ships, and destinations</li><li>A Pier1 Agent will have the ability to book on behalf of a Child Agency. This is conditional and displays only if they have been delegated access.<ul><li>The Affiliate selection to book on behalf of will be available prior to searching for a cruise</li></ul></li><li>The Child Agency will have the ability to view a booking that was made by a Pier1 agent, for that Affiliate, from the cruise sales report (reporting is available to admins only)<ul><li>The Cruise Sales report will list the Agent who made the booking (Agent Name, and the Child Agency it was booked for (Booking Agency).</li></ul></li></ul> |

>Color Legend<

Display [25 ▾] bookings per page

| ...s ber ⇕ | Date of Sale ⇕ | Source ⇕ | Website ⇕ | Type ⇕ | Booking Agency | Agent Name | Customer Name ⇕ |
|---|---|---|---|---|---|---|---|

- An Affiliate Agent will have the ability to access the booking from the cruise sales report for post-booking servicing, if Administrator rights assigned
- The agent-of record will be the Pier1 Agent who was logged in and made the booking, but the booking will be associated with the Child Agency.
- Agent of Record is visible in the Cruise Sales Report.

Confidential and Proprietary Information - Revelex® Corporation, USA



- All Pier 1 Agents can access bookings or customers made on the Pier 1 Parent level.
- All Pier 1 Agents can access bookings or customer made in all Child Agencies
- Affiliate Agents cannot access bookings or customers made under the Pier 1 Agency, or a separate Child Agency: only in their own Child Agency
- Affiliate Agents within one Child Agency will not have access to each other's bookings or customers, as Global Customer Access will be turned off

Confidential and Proprietary Information - Revelex® Corporation, USA

REV006061

### 3.2.1 POWER AGENT FORMATTING

Power Agent will require display changes to accommodate Pier1 requirements.

| Requirement | Functionality |
|---|---|
| The System must comply to Brazil-Specific display requirements | <ul><li>Date format: Day Month, Year (E.G. *26 Março, 2014*)</li><li>Removal of state/province residency collection for all vendors, on the Passenger Selection Screen.</li><li>Currency symbol displayed: $</li><li>Country of Citizenship to default to Brazil in the passenger collection sections on the Cruise Options Screen.</li><li>Billing Country to default to Brazil</li><li>Replace US State list with Brazilian states (see Appendix for complete state list)</li></ul> |
| The System must comply to Brazil-Specific data collection requirements | <ul><li>Modifications to the Cruise Options page, where the passenger data is collected will include two new fields for Brazilian-specific traveler requirements:<br>*RG*<br>*CPF*<ul><li>Both fields are alphanumeric, with special characters allowed (dashes)</li><li>Both fields are optional, for all passengers</li><li>Both fields will be stored and displayed to the agent post-booking in the itinerary screen, if it was collected in the booking process.</li><li>This data is not collected in any post-booking screens/pages.</li><li>This data will not be sent to the vendor</li></ul></li></ul> |
| Currency and Pricing Display | <ul><li>Power Agent environment can display all pricing as unconverted USD, as returned from the Vendors.<ul><li>An admin must define the manual conversion rate</li></ul></li><li>From-pricing can be updated with flat file pricing, in where flat file prices are in USD.</li></ul>Category selection pricing based on double occupancy with base fare + NCFs combined, excluding taxes. |
| Date Override Capability | <ul><li>Existing Cruise Payment Override functionality: can be used by the Agency to define deposit and final payment dates/pricing for B2C application: outlined in Appendix</li></ul> |

## 3.2.2 POWER AGENT FUNCTIONALITY

The following is identified for the Power Agent booking process.

Supported vendors for booking:
- Carnival Cruise Lines
- Celebrity Cruise Lines
- Azamara Club Cruises
- Royal Caribbean Cruises
- Crystal Cruises
- Costa
- Cunard
- MSC
- Holland America
- Princess Cruises
- Regent
- Oceania
- Seabourn
- Silversea
- AMA Waterways – content only at the time of document creation
- Aqua Expeditions – content only at the time of document creation
- Ponant – content only at the time of document creation
- Seadream – content only at the time of document creation
- Uniworld – content only at the time of document creation

These vendors can be made available for selection by an administration tool called Vendor Display Management.  Vendor Display Management can apply different vendors for different websites.

All Pier1 Agents will have the ability to search for booked customers, as well as view customer contact information, and credit card data for offline reconciliation.

All Affiliate Agents will have the ability to book only for the Affiliate agency they are associated with, as well as service existing bookings that they have made.  Power Agent Lite accounts do not have access to multiple desktops within Power Agent.

Power Agent Lite users will share the same functionality & vendors outlined in the Power Agent Functionality section.  Power Agent Lite users do not have administrator capabilities.

Confidential and Proprietary Information - Revelex® Corporation, USA

## 3.2.3 BOOKING PROCESS

| Requirement | Functionality |
|---|---|
| Currency & Pricing Display | <ul><li>System must display native, unconverted currency from vendor (USD) in Power Agent for all steps in the booking process where pricing display, starting from Category Selection.</li><li>Under the pricing section block, there will be specific text advising the Agents that there may be additional fees added to the Total Price (TBD by Pier 1).</li><li>Under the pricing section block, there will be text that displays **Installment Fee: $X.XX USD,** for display purposes only.</li><li>Payment Amount option will be full payment only.</li><li>Email correspondence sent for Power Agent bookings will display in Reals.</li><li>Post-booking screens and pricing display for Power Agent bookings will display in Reals only.</li></ul> |
| Conversion Rate Display | <ul><li>The System will display the only the conversion rate defined for the selected Vendor for booking.  The rate will be displayed on the Confirm Page, the Booking Confirmation Page, and also the confirmation email.<ul><li>Within the Email templates admin, this can be managed as a variable, in where it can be added or removed if needed.</li></ul></li></ul> |
| Vendor Identified Restrictions & Requirements | <ul><li>Residency restrictions to Brazilian residents identified only by Cunard & Princess, in where a static gateway code of GIG will be passed by the System.</li><li>There will be no interaction required from the user for this vendor requirement.</li><li>No bookings will be confirmed at the time of booking prior to a booking request, by any vendor.</li><li>If payment is not received at the time the vendor requires, the bookings will auto-cancel, per vendor rules.</li></ul> |
| Generic Requirements | <ul><li>Single cabin booking process</li><li>Cruise Options, including pre/post hotels, transfers and special services available at the time of the cruise shop & book process.</li><li>No third party shore excursions or third party insurance will be bookable</li><li>The System will display all vendor-returned deposit & final payment dates & times, and any rule applications from Cruise Payment Override definitions.</li><li>All links within the booking process that currently redirect to the vendor's pages regarding Terms & Conditions & Ticket Contract will be replaced by Pier1.  Pier1 will provide a URL to redirect to, with custom content provided by them.</li><li>System will generate a confirmation email at the time of booking.  The Agency & Customer will receive a copy of the confirmation email, both containing the same content/information</li></ul> |

## 3.2.4 PAYMENTS

Power Agent will require specific payment requirement logic to accommodate Pier1's business requirements.

| Requirement | Functionality |
|---|---|
| **Payments/Payment Process**<br><br>The system must collect cash or credit card payment options, indicative of a full payment type. If a credit card is collected, it must include the Credit Card Fee into the full price and display installment options. | • Payments in Power Agent can be made in the following way, with either cash or credit card option:<br>　o Full payment amount only<br>• System will apply only manual payments, in where there is no electronic payment request made to any cruise vendor.<br>• Manual payments will be stored in the System and can be viewed post booking.<br>• The system will allow for only two types of payment types:<br>　o *Credit card*, in where Pier 1 can advise as to which credit card types are to be used.<br>　o *Cash*<br>• Each payment type will be recorded and will be displayed in the payment history associated to the booking. The payment history will not account for any Credit Card Fees added to a total of the booking.<br>• The System will display a conditional checkbox of newly added Terms & Conditions. This Terms & Conditions section will be used for agreement of installment payment verbiage. The verbiage will be provided by Pier1.<br>　o The System will not store the acceptance indicator<br>　o The acceptance for this is mandatory.<br>　o This Terms & Conditions is conditional, appearing only if the user indicates the credit card issuance country originated in Brazil. |

Confidential and Proprietary Information - Revelex® Corporation, USA

REV006065

Pier One – B2C & Power Agent Booking Capability                    Scope of Work_v6

| | |
|---|---|
| Credit Card Fee Integration | • System will use the existing **Credit Card Admin** functionality, which allows for a pre-defined percentage to be applied to the total cost when booking with a credit card.<br>   o This percentage will be defined by Revelex only and assumes the percentage will remain the same for all Vendors.<br>   o The fee is a single amount<br>   o The fee is applied to all credit cards, regardless if it is a Brazilian-issued card or not. |

When a cash option is chosen:

## Payment Information

### Cruise Payment Information

Payment Due By:      **Wednesday, August 7, 2013 08:32:00 AM EDT**

### Billing Information

| | |
|---|---|
| Payment Amount Modification and Installment Indicators | Title: `Ms ▼`<br><br>First Name: `[_____]`<br><br>Last Name: `[_____]`<br><br>Phone: `[_____]`<br><br>Payment Amount: **Full Amount**<br><br>Address: `[_____]`<br><br>`[_____]`<br><br>City: `[_____]`<br><br>State: `Choose One ▼`<br><br>Zip Code: `[_____]`<br><br>Country: `Brazil ▼`<br><br>Pay By: `Cash ▼`<br><br>`Confirm` |

When a credit card option is chosen:

Pier One – B2C & Power Agent Booking Capability  Scope of Work_v4



- The System will combine the Credit Card fee and add it to the Full Amount, for a display of one single amount.
  - o The percentage will never be shown
- The System will display the Full Amount + Fee and allow the Agent to choose an Installment Option.
  - o There will be a choice of four (4) installment options, where one (1) installment, two (2) installments, three (3) installments, or four (4)installments can be chosen by the User.
  - o The default is to pay in four (4) installments.
  - o Selection of the installment will display:
    - ▪ On the Booking Confirmation screen
    - ▪ In the confirmation email generated to Agent and Customer
    - ▪ In the Itinerary screen, post-booking



14

REV006067

### 3.2.5 POST-BOOKING PROCESS

Power Agent allows a successful booking to be searched for, in where an agent can currently:

- View the booking details within an itinerary screen
- Cancel the booking, provided there are no connectivity issues with the vendor at the time of cancellation request.
- Modify a booking: electronic modifications can vary per vendor, but rate codes, category, cabin, names, dining and birthdates can typically be changed electronically, provided there are no impeding issues with the vendor at the time of modification.

All agents will have access to their own agency's bookings for servicing.

| Requirement | Functionality |
|---|---|
| Display Credit Card Fee | • The System will display the credit card fee in the Itinerary Screen, if one was applied in the booking process.<br>• The System will not display the credit card fee percentage. |
| Display Installment Selection | • The System will display the chosen installment selection on the Itinerary Screen, if one was applied in the booking process. |
| Display Conversion Rate | • The System will display a conversion rate, if the booking was created against a vendor with a conversion rate. These bookings will only originate from the B2C booking path. |

## 3.3 B2C SITE IMPLEMENTATION

Pier1 requires a single B2C to be implemented for their booking purposes, for the Parent Agency. Additionally, for each Affiliate associated with Pier1 as a Child Agency, they will be assigned a single B2C site. There are approximately 50 Child Agencies, so 50 individual B2C sites will be created. The website will be associated with the Child Agency it is assigned to. A Child Agency will have a House Agent, so that B2C bookings can be assigned to that Agent. If Global Customer Access is turned off, Affiliate Agents will not have the ability to access and service bookings made on their Agency's B2C site.

It is assumed that Revelex will host the content displayed on all aforementioned B2C sites. The content to vary by Affiliate will be only a logo and phone number displayed in the header. No other content will differ among sites. Additional customization will incur additional development costs.

Supported vendors:  the same list outlined in <u>Power Agent Functionality.</u>

## 3.3.1 SITE FUNCTIONALITY

All B2C sites will include the below system functionality.  Anything not specifically outlined below will be defined as a system change request and will incur additional development costs.

| Requirement | Functionality |
|---|---|
| B2C Harness Features | • The System will use and apply all standard harness features, as outlined in the B2C document in the <u>Appendix</u> |
| The System must display pricing in Reais (R$) | • Existing Cruise Currency Conversion functionality: will be used to manually assign a conversion rate in Reais (R$) against returned USD pricing from all vendors. From-Pricing functionality will only be updated on live availability calls made from a B2C user viewing real-time category selection.<br>• Category selection pricing based on double occupancy with base fare + NCFs combined, excluding taxes. |
| Date Override Capability | • Existing Cruise Payment Override functionality: can be used by the Agency to define deposit and final payment dates/pricing for B2C application: outlined in <u>Appendix</u> |
| The System must capture a credit card fee and installment fee, calculated off the total price | • Existing Credit Card Admin functionality, which allows for a pre-defined percentage to be applied to the total cost when booking with a credit card. This percentage can be defined by Pier1, and can take into account, the installment fee needed for installment payments and the credit card processing fee.<br>  o The fee is a single amount<br>  o The fee is applied to all credit card transactions<br>  o |
| Vendor Identified Restrictions & Requirements | • Residency restrictions to Brazilian residents identified only by Cunard & Princess, in where a static gateway code of GIG will be passed by the System.<br>• There will be no interaction required from the user for this vendor requirement.<br>• No bookings will be confirmed at the time of booking prior to a booking request, by any vendor.<br>• If payment is not received at the time the vendor requires, the bookings will auto-cancel, per vendor rules. |
|  | • Single cabin booking process<br>• Cruise Options, including pre/post hotels, transfers and special services available at the time of the cruise shop & book process. |



Confidential and Proprietary Information - Revelex® Corporation, USA

REV006069

| Generic Requirements | <ul><li>No third party shore excursions or third party insurance will be bookable</li><li>All links within the booking process that currently redirect to the vendor's pages regarding Terms & Conditions & Ticket Contract will be replaced by Pier1. Pier1 will provide a URL to redirect to, with custom content provided by them.</li><li>System will generate a confirmation email at the time of booking. If a currency conversion is applied to the booking, it will be presented in the email as converted.<ul><li>The Agency & Customer will receive a copy of the confirmation email, both containing the same content/information.</li></ul></li><li>The System will display an additional checkbox on the Payment & Confirm page that requires Users to indicate they acknowledge that they are responsible for Visa inquiries for the countries they might travel to.<ul><li>If the checkbox is not checked, the User cannot continue with the booking process</li><li>This data will not be stored in the System.</li></ul></li></ul> |

### 3.3.2  PAYMENTS

The B2C sites will require specific payment requirement logic to accommodate Pier1's business requirements.

| Requirement | Functionality |
|---|---|
| **Payments/Payment Process**<br><br>The system must collect cash or credit card payment options, indicative of a full payment type. If a credit card is collected, it must include the Credit Card Fee into | <ul><li>Full payment will be required for all B2C bookings.</li><li>System will apply only manual payments, in where there is no electronic payment request made to any cruise vendor.</li><li>Under the pricing section block, there will be specific text advising the Agents that there may be additional fees added to the Total Price (TBD by Pier 1).</li><li>Under the pricing section block, there will be text that displays Installment Fee: $R.X.XX, for display purposes only.</li><li>Manual payments will be stored in the System and can be viewed post booking.</li><li>The system will allow for only one type of payment types:<ul><li>*Credit card*, in where Pier 1 can advise as to which credit card types are to be used.</li></ul></li><li>Each payment type will be recorded and will be displayed in the payment history associated to the booking. The payment history will not account for any Credit Card Fees added to a total of the booking.</li></ul> |

| the full price and display installment options. | • The System will display a conditional checkbox of newly added Terms & Conditions.  This Terms & Conditions section will be used for agreement of installment payment verbiage.  The verbiage will be provided by Pier1.<br>  o The System will not store the acceptance indicator<br>  o The acceptance for this is mandatory.<br>  o This Terms & Conditions is conditional, appearing only if the user indicates the credit card issuance country originated in Brazil. |
|---|---|
| Credit Card Fee Integration | • System will use the existing Credit Card Admin functionality, which allows for a pre-defined percentage to be applied to the total cost when booking with a credit card.<br>  o This percentage will be defined by Revelex only and assumes the percentage will remain the same for all Vendors.<br>  o The fee is a single amount<br>  o The fee is applied to all credit cards, regardless if it is a Brazilian-issued card or not. |
| Payment Amount Modification and Installment Indicators | When a credit card option is chosen:<br><br>**Payment Information**<br><br>Cruise Payment Information<br><br>Payment Due By:  Wednesday, August 7, 2013 08:31:00 AM EDT<br><br>Billing Information<br><br>Title:  [Ms ▼]<br><br>First Name:  [_____]<br><br>Last Name:  [_____]<br><br>Phone  [_____]<br><br>Payment Amount:  Full Amount + Credit Card Fee<br><br>Address:  [_____]<br><br>City:  [_____]<br><br>State:  [Choose One ▼]<br><br>Zip Code:  [_____]<br><br>Country:  [Brazil ▼]<br><br>Pay By:  [Credit Card ▼]<br><br>Type:  [Visa ▼]<br>Number:  [_____]<br>Valid Thru:  [Month ▼] [Year ▼]<br><br>Total Price: $R 1000.00<br>◉ I want to pay in 4 instalments of $R 250.00<br>○ I want to pay in 3 instalments of $R 333.33<br>○ I want to pay in 2 instalments of $R 500.00<br>○ I want to pay in 1 instalment of $R 1000.00<br>[Confirm]<br><br>• The System will combine the Credit Card Fee and add it to the Full Amount, for a display of one single amount.<br>• The percentage is never shown<br>• The System will display the Full Amount + Fee and allow the Customer to choose an Installment Option. |



Confidential and Proprietary Information - Revelex® Corporation, USA

REV006071

- There will be a choice of four (4) installment options.
- The default is to pay in four (4) installments, where one (1) installment, two (2) installments, three (3) installments, or four (4)installments can be chosen by the User.
- Selection of the installment will display:
- On the Booking Confirmation screen
- In the confirmation email generated to Agent and Customer
- In the Itinerary screen, post-booking

### 3.3.3 SITE FORMATTING

The B2C site will require display changes to accommodate Pier1 requirements.

| Requirement | Functionality |
|---|---|
| The System must comply to Brazil-Specific display requirements | • Date format: Day Month, Year (E.G. *26 Março, 2014*)<br>• Currency symbol displayed: R$<br>• Removal of state/province residency collection for all vendors on the Passenger Selection Screen.<br>• Country of Citizenship to default to Brazil in the passenger collection sections on the Cruise Options Screen.<br>• Billing Country to default to Brazil<br>• Replace US State list with Brazilian states (see Appendix for complete state list) |
| The System must comply to Brazil-Specific data collection requirements | • Modifications to the Cruise Options page, where the passenger data is collected will include two new fields for Brazilian-specific traveler requirements:<br>  *RG*<br>  *CPF*<br>  o Both fields are alphanumeric, with special characters allowed (dashes)<br>  o Both fields are mandatory, for all passengers<br>  o Both fields will be stored and displayed to the agent post-booking in the itinerary screen<br>  o This data will not be sent to the vendor |

### 3.4 TRANSLATION SERVICES

B2C & Power Agent content regarding the cruise booking process & cruise content has been provided to Pier 1 for translations, where Pier1 will be responsible for translating the translatable content. B2C content will be translated and only the search and cruise booking process of the Power Agent environment. This does not include any links, buttons, or navigation

outside of the cruise booking process. Pier1 also has the option of translating email templates, in where variables are not translatable. Reference the Appendix for examples.

## 3.5 MERCHANT ACCOUNT INTEGRATION

Revelex will develop against the Braspag Merchant Account, so all payment requests during the booking process (from both B2B & B2C) can be charged through the merchant account. There is no current system support for refunds or cancellations. Additional effort may be required for integrating the Merchant Account to Pier 1 specific requirements regarding installments.

## 3.6 PROJECT ASSUMPTIONS & CONSTRAINTS

Below is a list of assumptions made during the analysis phase of this project. Assumptions are made upon incomplete vendor requirements or undocumented agency requirements. Constraints are identified due to System or Vendor limitations in regards to the requirements obtained.

Any changes related to the below or to the scope of the entire project will be considered as a system change request and will incur additional costs.

### 3.5.1 ASSUMPTIONS

- Assumes all B2C sites across Affiliates/Child Agencies will function the same. Additional work to individual sites will entail customization not outlined in this SOW
- Assumes Revelex hosts the B2C content, such as headers and footers. Hosting by Pier1 may incur additional work effort. Assumes all other vendors besides Princess and Cunard will not require a residency check, and the System will not validate if a user is a Brazilian resident or not.
- It is assumed that one set of credentials will be used for each of the listed vendors, for each Agency, and that Pier1 already has an established relationship with each one.
- It is assumed that Revelex will be able to obtain API booking credentials for Pier1, based on the existing Pier1 credentials, without having to specifically comply with Brazilian market requirements. If compliance requirements exist at a vendor level, they are unknown at this time, and development costs could be incurred if any arise.
- Assumes waitlisted cabins will not be bookable in B2C or Power Agent environment.
- Assumes all vendors do not support real (R$) currency in API transactions.



Confidential and Proprietary Information - Revelex® Corporation, USA

REV006073

- Assumes all sailings loaded for the US market currently apply to the Brazil market, and no market considerations must be taken into account to hide or display specific sailings. These sailings can be viewed in www.reservationsite.net.
- Assumes no reporting is needed for Affiliate commissions, and the value/percentage can be obtained from the itinerary screen in post-booking, where it is manually entered by the agent
- Assumes no waitlisted categories are to be bookable in B2C or Power Agent.

### 3.5.2 CONSTRAINTS

- At the time of document creation, there have been no vendors that have advised that Reais (R$) are supported in API transactions.  Therefore, it is required that Pier1 enter and maintain a manual currency conversion in the Cruiseline Currency Conversion admin tool for all vendors, in order to display a converted price in Reais (R$).  Vendor cooperation with real currency support will incur additional development work from Revelex.
- There is no system support at this time for vendor returned pricing files (flat files) to return cache price in Reais (R$).
- Associated pre/post hotels, transfers, and packages do not have an individual commission percentage or value returned by the Vendor.
- There is no report that reports on credit card fees.
- Existing cruise sales reports will not report any data specific to Pier1 regarding Affiliate commissions or installment fees.
- Installment payments are not collected or reconciled in the System.
- Pier1 is responsible for all custom content resulting in links hosted directly by them.
- Vendor generated data cannot be translated.

## 4.   CUSTOMIZATION PLAN – ESTIMATION SUMMARY

Based on the above requirement(s) and our understanding of those requirement(s), we have created a set price for the complete project.

### 4.1 ESTIMATE ASSUMPTIONS AND DEPENDENCIES

Prior to the start of this Scope of Work, each party will designate a Project Manager, to whom all communications will be addressed and who will be the single focal point for the party in all aspects of this Scope of Work.

### 4.2 KEY ASSUMPTIONS

The project schedule and estimated fees set forth in this Scope of Work were made based on the key assumptions set forth in this provision. Any variation in the key assumptions may impact project schedule and estimated fees, requiring a change order. In addition to Customer's other obligations under this Scope of Work, Customer shall be responsible for the following:

1. Provide prompt access to appropriate Customer personnel to provide business and technical information throughout the project.
2. Resolve all project related issues in a timely fashion. Any delay in availability of resources or resolution of issues may impact the project schedule and estimated fees. In performing Revelex's Services under this Scope of Work, Revelex will rely upon any instructions, authorizations, approvals or other information provided by the Customer Project Manager.
3. Obtain and provide information, data, decisions and approvals, within three (3) working days of Revelex's request unless the parties agree in writing to an extended response time.
4. Resolve deviations from project plans caused by Customer or its agents.
5. Help to promptly resolve project issues and escalate issues within Customer's organization.

## 5. FEES AND TERMS

For the entire SOW above, including Merchant Account Integration, and Cruise Booking engine License

| | |
|---|---|
| Total Amount: | $117,097 USD |
| Revelex will apply a discount of: | $17,000 USD |
| **Total after Discount:** | **$100,097 USD** |

**Payment Terms:**

$13,097 – Paid for full License Fee on Sep. 18, 2013 prior to starting work.

- **SOW Payment Terms:**

  $12,000 – Paid on Oct. 22, 2013
  $12,000 – Paid on Nov. 20, 2013
  $15,000 – Paid on Jan 15, 2014
  $15,000 – Due on Jan 21, 2014
  $15,000 – Due on Feb 20, 2014
  $ 9,000 – Due on Mar. 17, 2014
  $ 9,000 – Due upon launch

- **CONDITIONS:**

  If, prior to the 15th of December, 2014, Pier 1 fails to bring to Revelex three (3) customers who sign Revelex License Agreements and pay Revelex's standard fees, Pier 1 will pay Revelex the discounted amount of $17,000 prior to the 29th of December, 2014.

Confidential and Proprietary Information - Revelex® Corporation, USA

REV006075

Pier One – B2C & Power Agent Booking Capability                    Scope of Work_v6

## 6. CODE MAINTENANCE

For the entire SOW above, including Merchant Account Integration, but not including the License Fees: Revelex will assess a $16,530 Code Maintenance fee equal to nineteen percent (19%) of the Total Amount above ($87,000) on the first, second, and third annual anniversary dates of Acceptance. Acceptance is defined as written approval by the signer of this SOW or their designee that the SOW has been successfully executed, or Revelex has received final payment.  The Code Maintenance fee will also apply to any Change Requests associated with this SOW or to any additional development fees associated with this or any other SOW.

Maintenance on the License Fees is included in the Service Agreement.

## 7. TERMS OF STATEMENT OF WORK

This Statement of Work is issued pursuant to the terms and conditions of the Contract.  The parties agree that the services set forth on within this Statement of Work are within the scope of the services authorized in the Contract.  All rights and obligations of the parties shall be subject to and governed by the terms of the Contract, including any subsequent modifications that are hereby incorporated by reference.  All pricing in this Statement of Work is valid for 30 days from date of the Statement of Work.

## SIGNATURES APPEAR ON THE NEXT PAGE



23

REV00

Pier One – B2C & Power Agent Booking Capability                    Scope of Work_v4

## 8.  APPROVAL

The person signing below stipulates that he or she has the authority to execute this Scope of Work on behalf of Customer.

Pier1

By:

Name: Thiago Vasconcelos

Title: Mr.

Date: 01, 15, 2014

## 9.  ACCEPTANCE

Revelex Corporation

By:

Name: DAVID GOODS

Title: CFO

Date: 01.15.14

Confidential and Proprietary Information - Revelex® Corporation, USA

REV006077

Pier One – B2C & Power Agent Booking Capability                                    Scope of Work_v6

## 10.    APPENDIX

Reference documents and data references listed here:

### 10.1   BRAZILIAN STATES

Below is a list of all the Brazilian states to be used in the billing section for B2C & Power Agent.

| | |
|---|---|
| Acre | AC |
| Alagoas | AL |
| Amapá | AP |
| Amazonas | AM |
| Bahia | BA |
| Ceará | CE |
| Distrito Federal | DF |
| Espírito Santo | ES |
| Goiás | GO |
| Maranhão | MA |
| Mato Grosso | MT |
| Mato Grosso do Sul | MS |
| Minas Gerais | MG |
| Pará | PA |
| Paraíba | PB |
| Paraná | PR |
| Pernambuco | PE |
| Piauí | PI |
| Rio de Janeiro | RJ |
| Rio Grande do Norte | RN |
| Rio Grande do Sul | RS |
| Rondônia | RO |
| Roraima | RR |
| Santa Catarina | SC |
| São Paulo | SP |
| Sergipe | SE |
| Tocantins | TO |

Confidential and Proprietary Information - Revelex® Corporation, USA

Pier One – B2C & Power Agent Booking Capability                          Scope of Work_v4

## 10.2    CRUISE PAYMENT OVERRIDE

This is the User Guide for Cruise Payment Overrides:

cruise_payments_override_management.pdf

## 10.3    EMAIL TEMPLATES

Below is an example of the confirmation email generated at the time of booking, from Power Agent and B2C.
The data within brackets are variables, which pulls in variable data from the booking process. This data is not translatable.  The remaining content is translatable, and text can be removed, added, or edited as needed.  HTML tags are supported as examples are displayed below.

    <p>[Address Block]<br>[Phone]</p>
    <p>Dear [Full Name],</p>
    <p>Thank you for booking your cruise with [Site Name]. Your itinerary is below:</p>

    <p>[Itinerary]</p>
    <p>[Selected Options]</p>

    [endif]
    [if:Product Promo Set]
    <p>Offer Details: [Promo Email Link]</p><br />

    [endif]
    <p>Our team is constantly working to make your experience at [Site Name] the best it can be. If you have any suggestions or comments for us, please email us at <a href="mailto:[Customer Service Email]">[Customer Service Email]</a>. We appreciate any input that you have.</p>

    <p>Again, thank you for using [Site Name] for all of your travel needs.</p>

    <p>Sincerely,</p>

    <p>Customer Service Department<br>
    [Site Name]
    [Agency Phone Numbers]
    [Catch Phrase]

    <p style="font-size:smaller">* Your cruise reservation has been created and is pending credit card authorization from your credit card provider. We have generated this confirmation in order to confirm receipt of your booking. Please note, however, that your booking is still subject to



Confidential and Proprietary Information - Revelex® Corporation, USA

REV006079

*cancellation unless payment is processed and successfully received by the cruise line. If your credit card is declined for any reason, and your cruise reservation cancelled due to lack of payment, you will be responsible for any rebooking fees as imposed by the cruise line including possible cabin number, dining and category changes. If your sailing is within the next 45 days, please confirm your booking and payment with <a href="mailto:[Customer Service Email]">[Customer Service Email]</a> on receipt of this email.</p>*

*<p style="font-size:smaller">[Cabin Text]</p>*

*<p style="font-size:smaller">[STI Name]</p>*

## 10.4   DESCOPED REQUIREMENTS:

Requirements that have been descoped are listed below.

### 10.4.1 AFFILIATE COMMISSIONS

Pier1 requires the ability to assign and track Affiliate commission values.

| Requirement | Functionality |
|---|---|
| Assign Affiliate Commissions | <ul><li>The System will allow for Pier1 to define an Affiliate commission value against an Affiliate.</li><li>The System will allow for a rule to be defined where:<ul><li>Affiliate commission is X% of the cruise fare (less taxes and NCFs)<ul><li>Assumes Affiliate commission is calculated against the vendor returned currency, which will always be USD</li></ul></li><li>Affiliate commission is defined at the vendor level only</li><li>The System must allow for a rule to be entered at the sailing level, overriding the vendor level rule for Affiliate commission</li></ul></li><li>Affiliate commission values will be an admin tool, manageable only by Pier1 agents</li></ul> |
| Affiliate commissions in the booking process | <ul><li>The system must display the Affiliate commission value & percentage in the Power Agent booking process when an Affiliate is booking, and also when a Pier1 agent is booking on behalf of an Affiliate.<br>E.G. If the calculated Affiliate commission value is 16% of $1000 USD, the System will display *Affiliate Commission: $160 (16%)*<ul><li>Placement in the booking process will occur on the Cruise Options & Payment & Review page, the two screens prior to booking.</li></ul></li></ul> |

| Affiliate Commission post-booking view | • The system will display the Affiliate commission in the itinerary screen: *Affiliate Commission: $160 (16%)* |
| --- | --- |

### 10.4.2 MULTIPLE CURRENCY

The System will support multiple currency displays in where the whole B2B booking process will display unconverted vendor pricing in USD, and display the converted Reais price on the Review Screen, as indicated only in the Payment Amount drop-down.

REV006081