**Olga Butkevich**

| | |
|---|---|
| **From:** | Joseph Romans |
| **Sent:** | Wednesday, December 23, 2015 2:41 PM |
| **To:** | David Goodis |
| **Subject:** | FW: I'm on the conference line |

---

**From:** Thiago K. Vasconcelos - Pier1 Cruise Experts [mailto:thiago@pier1.com.br]
**Sent:** Wednesday, December 23, 2015 1:33 PM
**To:** Joseph Romans
**Subject:** RES: I'm on the conference line

Joe,

I'm sure you will find a way.

Thiago

**De:** Joseph Romans [mailto:JRomans@revelex.com]
**Enviada em:** quarta-feira, 23 de dezembro de 2015 16:02
**Para:** Thiago K. Vasconcelos - Pier1 Cruise Experts <thiago@pier1.com.br>
**Assunto:** RE: I'm on the conference line

Thiago

I don't have that time. These invoices are about the monthly fees. Licenses, Usage, and the Websites. There has not been a payment in 2015 at all. My finance department position is, if you are using the sites, the invoices need to be taken care of. I'm trying to work with you the best I can but as I say, this is out of my hands right now.

Joe

**From:** Thiago K. Vasconcelos - Pier1 Cruise Experts [mailto:thiago@pier1.com.br]
**Sent:** Wednesday, December 23, 2015 12:57 PM
**To:** Joseph Romans
**Subject:** RES: I'm on the conference line

Joe,

I won't make any additional payment until all the pendency, that I have been asking for over a year know, get fixed.

If Revelex's decide to disable our sites we will cross a line, there will be no turning back.

We can have a call next week.

Thiago



1

REV001616

**De:** Joseph Romans [mailto:JRomans@revelex.com]
**Enviada em:** quarta-feira, 23 de dezembro de 2015 13:39
**Para:** Thiago K. Vasconcelos - Pier1 Cruise Experts <thiago@pier1.com.br>
**Assunto:** RE: I'm on the conference line

Thiago

Here is the situation I am in. Finance is asking that all outstanding invoices be paid by Monday or the sites will be temporarily disabled. My finance dept. shows that we have not received a payment in 2015 (the entire year). I believe Laura forwarded you all invoices yesterday. I don't want them to turn off the sites, but it is out of my control right now.

I am available if you would like to call me. Please let me know.

Joe

---

**From:** Thiago K. Vasconcelos - Pier1 Cruise Experts [mailto:thiago@pier1.com.br]
**Sent:** Wednesday, December 23, 2015 9:15 AM
**To:** Joseph Romans
**Subject:** RES: I'm on the conference line

Hi Joe,

Couldn't get connected to the conference room.

Tried to talk to an operator, but nobody answered, so I left you a voice message.

Best regards,

Thiago

---

**De:** Joseph Romans [mailto:JRomans@revelex.com]
**Enviada em:** quarta-feira, 23 de dezembro de 2015 12:05
**Para:** Thiago K. Vasconcelos - Pier1 Cruise Experts <thiago@pier1.com.br>
**Assunto:** I'm on the conference line

Will you be dialing in?

 **Joe Romans | Vice President of Sales | Revelex Corporation**
6405 Congress Ave., Suite 120 | Boca Raton, FL 33487 | Phone: +1 561-988-5588 x 298 | Fax +1 561-988-9099

**CONFIDENTIALITY NOTICE**
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

REV001617