UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:16-cv-80567-DIMITROULEAS/SNOW

PIER 1 CRUISE EXPERTS, a Brazil
Corporation,

       Plaintiff,

v.

REVELEX CORPORATION, a
Florida corporation,

       Defendant.
_____/

## AMENDED[1] FINAL JUDGMENT

THIS CAUSE is before the Court upon the Trial conducted July 31–August 4, 2017, the Jury Verdict of August 4, 2017, and the findings of set out in the Court's Order Adopting Report of Magistrate Judge issued separately today.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Pier 1 Cruise Experts and against Defendant Revelex Corporation on Plaintiff's claims for breach of contract and negligent misrepresentation in the amount of $100,097, for which let execution issue;

2. Plaintiff is awarded costs in the amount of $13,598.37; pre-judgment interest in the amount of $17,036.99, for which let execution issue;

3. Plaintiff is awarded post-judgment interest on $100,000 at the rate of 1.22%, accruing from August 7, 2017, and post-judgment interest on $30,625.36, accruing from the date of this Amended Final Judgment, at the rate of the average 1-year

---

[1] This Final Judgment is amended in accordance with the Court's Order Adopting Report of Magistrate Judge issued separately this same day.

constant maturity Treasury yield for the week prior to the entry of this Amended

Final Judgment, for which let execution issue;

4. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of November, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to: All Counsel of Record